IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KATHRYN M. NELSON, et al.,

       Plaintiffs,                   Case No. 12-C-472

    v.

JOHNSON & JOHNSON and
ETHICON INC.,

       Defendants

---

**ORDER REGARDING USE OF DEPOSITIONS AT TRIAL**

---

Based upon the stipulation (Dkt. No. 52) reached between the parties which has been filed in this action and reviewed by the court,

**IT IS HEREBY ORDERED**

1. That the following witnesses are "unavailable" to provide live testimony pursuant to Federal Rule of Civil Procedure 32(a)(4) and that the video depositions of these witnesses may be presented at trial in conformance with Federal Rule of Civil Procedure 32(a)(1):

    a. Dr. Thomas Reinardy

    b. Dr. Eric Eberts

    c. Dr. Cynthia Brincat

    d. Dr. Eugene Foley

    e. Dr. Erin Carey

2. That, pursuant to L.R. 16(c)(1)(F), good cause exists for the reading or playing of more than 5 pages from the depositions of the various witnesses deposed during general and specific discovery in the pending litigation.

Dated at Green Bay, Wisconsin, this 18th day of November, 2019.

                                                          s/ William C. Griesbach  
                                                        William C. Griesbach, District Judge  
                                                        United States District Court